IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ANNA A. MARTINEZ,

    Plaintiff,

vs.                                                       No. 1:14 cv 00513 MCA/RHS

JOHN Q. HAMMONS HOTELS
MANAGEMENT, LLC and
ATRIUM TRS III, LP,

    Defendants.

## STIPULATION OF DISMISSAL

    COME NOW the parties to the above-styled and numbered cause of action, by and through their attorneys of record, and stipulate and agree, pursuant to Rule 41 (a) (1), that this cause of action may be dismissed with prejudice.

    Respectfully submitted:

    POTTS & ASSOCIATES

    By: */s/Amy L. Glasser*
        Amy L. Glasser
        6001 Indian School Road, NE, #100
        Albuquerque, New Mexico 87110
        Telephone: (505) 889-5252
        *Attorneys for Defendants*

    LAW OFFICE OF ANTHONY G. LOPEZ

    By: *Electronically approved 06/10/15*
        Anthony G. Lopez
        705 Paseo del Pueblo Sur
        Taos, New Mexico 87571
        Telephone: (575) 758-0145
        *Attorney for Plaintiff*